Local Bankruptcy Form 1007-6.1
## United States Bankruptcy Court
### District of Colorado

In re **Mark Gregory Lukehart**
**ODS The Lukehart Law Firm; FODS Jakoby Law Firm**
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Address **6248 Shavano Peak Way**
**Castle Rock, CO 80108**

Last four digits of Social-Security or Individual TaxPayer-Identification (ITIN) No(s).,(if any): **xxx-xx-9304**
Employer's Tax-Identification (EIN) No(s). (if any):

Case No. _____
Chapter **7**

## Statement Under Penalty of Perjury Concerning Payment Advices
### Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I*, **Mark Gregory Lukehart**, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ a) I was not employed during the period immediately preceding the filing of the above-referenced case __;

☐ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

■ c) I am self-employed and do not receive any evidence of payment from an employer;

☐ d) Other (please provide explanation) __

I declare under penalty of perjury that the foregoing statement is true and correct.
Dated: __

By: _____
(Signature of Debtor)
**Mark Gregory Lukehart**
Printed name of Debtor
**6248 Shavano Peak Way**
**Castle Rock, CO 80108-0000**