```
                            United States Bankruptcy Court
                                  District of Colorado
In re:                                                              Case No. 15-14896-EEB
Mark Gregory Lukehart                                               Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1082-1          User: lopezb                Page 1 of 3          Date Rcvd: May 06, 2015
                              Form ID: 769                Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2015.
db             +Mark Gregory Lukehart,    6248 Shavano Peak Way,    Castle Rock, CO 80108-9468
ust            +US Trustee,    Byron G. Rogers Federal Building,    1961 Stout St.,   Ste. 12-200,
                 Denver, CO 80294-1961
16673462       +Atherotech Diagnostics Lab,    P.O. Box 1118,    Birmingham, AL 35201-1118
16673468       +BBVA Compass Bank Business,    15 20th Street South,    Birmingham, AL 35233-2000
16673472      ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,   DUBLIN OH 43016-0306
                (address filed with court: BMW Financial Services,      P.O. Box 78103,   Phoenix, AZ 85062-8103)
16673463       +BancTek Solutions,    1215 Delaware Street,    Denver, CO 80204-3609
16673467        Barclays Credit Card,    Card Services,    PO Box 60517,   City of Industry, CA 91716-0517
16673465        Barclays Credit Card,    Card Services,    P.O. Box 8833,   Wilmington, DE 19899-8833
16673484      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance,      25505 W 12 Mile Rd.,   STE 2300,
                 Southfield, MI 48034)
16673473       +Capital One Credit Card,    P.O. Box 70886,    PO Box 30285,   Charlotte, NC 28230
16673476       +Castle Pines North Metro District,     5880 Country Club Drive,   Castle Rock, CO 80108-9072
16673477       +Castle Pines Urgent Care,    7280 Lagae Road, Unit J,    Castle Rock, CO 80108-9454
16673479        CenturyLink Business,    Qwest Communications,    P.O. Box 29040,   Phoenix, AZ 85038-9040
16673480        CenturyLink Business,    5324 Olde Wadsworth Blvd,    Arvada, CO 80002
16673488        Deep Rock Water,    PO Box 660579,   Dallas, TX 75266-0579
16673489        ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
16673490       +Emergency Physicians at Porter,    PO Boc 5006,    Denver, CO 80217-5006
16673491        Ferrari Financial Services,    250 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2527
16673493       +Greenwood Athletic Club,    5801 S. Quebec St.,    Greenwood Village, CO 80111-2003
16673498       +Jones & Keller,    1999 Broadway St. #3150,    Denver, CO 80202-5736
16673499        Nordstrom Credit Bank,    PO Box 79134,    Phoenix, AZ 85062-9134
16673500        Northland Group,    P.O. Box 129,    Thorofare, NJ 08086-0129
16673502     ++++OFFICE OF THE ATTORNEY GENERAL,    STATE OF COLORADO,    1525 N SHERMAN ST STE 700,
                 DENVER CO 80203-1700
                (address filed with court: Office of the Attorney General,      State of Colorado,
                 1525 Sherman Street, 7th Floor,    Denver, CO 80203)
16673501        Office of the Attorney General,    US Department of Justice,    950 Pennsylvania Avenue, NW,
                 Suite 4400,   Washington, DC 20530-0001
16673504        Office of the US Attorney,    District of Colorado,    1225 Seventeenth Street, Suite 700,
                 Denver, CO 80202-5598
16673506       +Onyx Leasing Systems,    C/O FlexiLease,    145 State Route 35,   Cliffwood, NJ 07721-1135
16673507       +Pennies to Paradise,    Kurt Weigert,    4580 Klahanie Dr SE Pmb 514,   Issaquah, WA 98029-5812
16673508       +Perfekt Marketing,    Thomas Kelly,   3015 S 48th St.,    Tempe, AZ 85282-3137
16673509        Phillips66 Credit Card,    Synchrony Bank,    PO Box 530942,   Atlanta, GA 30353-0942
16673510       +Rapid Advance,    7316 Wisconsin Avenue, Suite 350,    Bethesda, MD 20814-2977
16673511       +Scott Lamont,    c/o Shannon D. Simms,    610 SW Alder Street, Suite 502,
                 Portland, OR 97205-3606
16673512       +Sentry Credit,    2809 Grand Ave,   Everett, WA 98201-3417
16673514       +SignaPay,    4100 W. Royal Lane, STE 150,    Irving, TX 75063-2254
16673513       +SignaPay,    c/o Jon-Bernard Schwartz,    Renaissance Tower,   1201 Elm Street, Suite 1700,
                 Dallas, TX 75270-2041
16673516        State of Colorado,    Division of Securities,    1560 Broadway, Suite 900,
                 Denver, CO 80202-5150
16673518        Stuart-Lippman & Associates,    5447 E. 5th Street, Suite 110,    Tucson, AZ 85711-2345
16673519       +Superior Capital,    189 Towsend, Suite 303,    Birmingham, MI 48009-6011
16673520       #+The Jakoby Law Firm,    7401 Church Ranch Blvd, Suite 210,    Broomfield, CO 80021-5576
16673530       +Timothy Keating,    3610 Blackstone Run,    San Antonio, TX 78259-2651
16673534       +Vermont Student Assistance Corporation,     P.O. Box 777,   Winooski, VT 05404-0777
16673538       +XCel Energy,    414 Nicollet Mall,   Minneapolis, MN 55401-1993
16673537        Xcel Energy,    PO Box 9477,   Minneapolis, MN 55484-9477

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lmk@kutnerlaw.com May 06 2015 23:18:11      Lee M. Kutner,   1660 Lincoln St.,
                 Ste. 1850,   Denver, CO  80264
tr              EDI: QDWKING.COM May 06 2015 23:13:00      Dennis W. King,   PO Box 460609,
                 Aurora, CO  80046-0609
16673461        EDI: APPLIEDBANK.COM May 06 2015 23:13:00      Applied Bank,   PO Box 70165,
                 Philadelphia, PA 19176-0165
16673469       +E-mail/Text: bankruptcy@bbvacompass.com May 06 2015 23:18:36      BBVA Compass Bank N.A.,
                 2850 E. Camelback Rd.,   STE 140,   Phoenix, AZ 85016-4357
16673471       +E-mail/Text: bankruptcy@bbvacompass.com May 06 2015 23:18:36      BBVA Compass Bank NA,
                 15 20th Street South,   Birmingham, AL 35233-2000
16673464        EDI: BANKAMER.COM May 06 2015 23:13:00      Bank of America,   PO Box 15019,
                 Wilmington, DE 19886-5019
16673466        EDI: TSYS2.COM May 06 2015 23:13:00      Barclays Credit Card,   Card Services,   P.O. Box 8801,
                 Wilmington, DE 19899-8801
16673475        EDI: RMSC.COM May 06 2015 23:13:00      Care Credit/Synchrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
16673478        E-mail/Text: bklaw2@centurylink.com May 06 2015 23:18:41      CenturyLink,
                 CenturyLink Communications,   PO Box 29040,   Phoenix, AZ 85038-9040
```

```
District/off: 1082-1           User: lopezb                 Page 2 of 3                  Date Rcvd: May 06, 2015
                               Form ID: 769                 Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
16673481       +Fax: 602-659-2196 May 06 2015 23:25:44      Chex Systems, Inc.,   Attn Consumer Relations,
                 7805 Hudson Road, Suite 100,   Woodbury, MN 55125-1703
16673482       +EDI: CODEPREV.COM May 06 2015 23:13:00      Colorado Department of Revenue,
                 1375 Sherman Street,   Denver, CO 80261-2200
16673483       +EDI: CONVERGENT.COM May 06 2015 23:13:00      Convergent,   800 SW 39th Street,
                 Renton, WA 98057-4975
16673485       +EDI: CCS.COM May 06 2015 23:13:00      Credit Collection Services,   Two Wells Avenue,
                 Newton Center, MA 02459-3246
16673486        EDI: RCSFNBMARIN.COM May 06 2015 23:13:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
16673492        EDI: FORD.COM May 06 2015 23:13:00      Ford Motor Credit,   P.O. Box 542000,
                 Omaha, NE 68154-8000
16673496        EDI: IRS.COM May 06 2015 23:13:00      Internal Revenue Service,   Insolvency Unit,
                 1999 Broadway,   MS 5012 DEN,   Denver, CO 80202-3025
16673515        EDI: AGFINANCE.COM May 06 2015 23:13:00      Springleaf Finance Inc.,   601 N.W. 2nd St.,
                 Evansville, IN 47708
16673517       +E-mail/Text: stacy@steinlawpc.com May 06 2015 23:19:10      Stein Law P.C.,
                 2620 S. Parker Rd. Suite 180,   Aurora, CO 80014-1626
16673535        EDI: WFFC.COM May 06 2015 23:13:00      Wells Fargo Business,   P. O. Box 6995,
                 Portland, OR 97228-6995
16673536       +EDI: WFFC.COM May 06 2015 23:13:00      WellsFargo Credit Card,   PO Box 30086,
                 Los Angeles, CA 90030-0086
16673538       +EDI: XCELENERGY.COM May 06 2015 23:13:00      XCel Energy,   414 Nicollet Mall,
                 Minneapolis, MN 55401-1993
16673537        EDI: XCELENERGY.COM May 06 2015 23:13:00      Xcel Energy,   PO Box 9477,
                 Minneapolis, MN 55484-9477
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16673470*      +BBVA Compass Bank N.A.,   2850 E. Camelback Rd.,   STE 140,   Phoenix, AZ 85016-4357
16673474*      +Capital One Credit Card,   P.O. Box 70886,   PO Box 30285,   Charlotte, NC 28230
16673487*       Credit One Bank,   PO Box 98873,   Las Vegas, NV 89193-8873
16673497*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,   Insolvency Unit,   1999 Broadway,
                 MS 5012 DEN,   Denver, CO 80202-3025)
16673494*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
16673495*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
16673503*       Office of the Attorney General,   US Department of Justice,   950 Pennsylvania Avenue, NW,
                 Suite 4400,   Washington, DC 20530-0001
16673505*       Office of the US Attorney,   District of Colorado,   1225 Seventeenth Street, Suite 700,
                 Denver, CO 80202-5598
16673521*      +The Jakoby Law Firm,   7401 Church Ranch Blvd, Suite 210,   Broomfield, CO 80021-5576
16673522*      +The Jakoby Law Firm,   7401 Church Ranch Blvd, Suite 210,   Broomfield, CO 80021-5576
16673523*      +The Jakoby Law Firm,   7401 Church Ranch Blvd, Suite 210,   Broomfield, CO 80021-5576
16673524*      +The Jakoby Law Firm,   7401 Church Ranch Blvd, Suite 210,   Broomfield, CO 80021-5576
16673525*      +The Jakoby Law Firm,   7401 Church Ranch Blvd, Suite 210,   Broomfield, CO 80021-5576
16673526*      +The Jakoby Law Firm,   7401 Church Ranch Blvd, Suite 210,   Broomfield, CO 80021-5576
16673527*      +The Jakoby Law Firm,   7401 Church Ranch Blvd, Suite 210,   Broomfield, CO 80021-5576
16673528*      +The Jakoby Law Firm,   7401 Church Ranch Blvd, Suite 210,   Broomfield, CO 80021-5576
16673529*      +The Jakoby Law Firm,   7401 Church Ranch Blvd, Suite 210,   Broomfield, CO 80021-5576
16673531*      +Timothy Keating,   3610 Blackstone Run,   San Antonio, TX 78259-2651
16673532*      +Timothy Keating,   3610 Blackstone Run,   San Antonio, TX 78259-2651
16673533      ##+Transworld Systems,   6041 S. Syracuse Way,   Greenwood Village, CO 80111-4716
                                                                             TOTALS: 0, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 1082-1          User: lopezb              Page 3 of 3            Date Rcvd: May 06, 2015
                              Form ID: 769              Total Noticed: 62
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2015 at the address(es) listed below:
              Dennis W. King    kingdj7@aol.com, dking@ecf.epiqsystems.com
              Lee M. Kutner    on behalf of Debtor Mark Gregory Lukehart lmk@kutnerlaw.com,   vlm@kutnerlaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (05/13)     Case Number **15−14896−EEB**

**UNITED STATES BANKRUPTCY COURT**
District of Colorado

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/5/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side for Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mark Gregory Lukehart
fods Jakoby Law Firm, ods The Lukehart Law Firm
6248 Shavano Peak Way
Castle Rock, CO 80108

| Case Number:<br>15−14896−EEB | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−9304 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264<br>Telephone number: 303−832−2400 | Bankruptcy Trustee (name and address):<br>Dennis W. King<br>PO Box 460609<br>Aurora, CO 80046−0609<br>Telephone number: (303) 751−3200 |

**Meeting of Creditors**
Date: **June 1, 2015**       Time: **10:30 AM**
Location: **Byron G. Rogers Federal Building, 1961 Stout Street, Suite 16−200, Room A, Denver, CO 80294**

**Presumption of Abuse under 11 U.S.C. § 707(b)**
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

**Deadlines:**
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/31/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditors May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

**Deadline to Provide Documents and Notice of Possible Dismissal:**

Pursuant to 11 U.S.C. §521(e)(2), Federal Bankruptcy Rule 4002 and L.B.R. 1017−2, no later than *seven* court days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least *fourteen* days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. L.B.R. 1017−2.

Pursuant to Federal Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3) documentation of monthly expenses claimed by a debtor as required under 11 U.S.C. §707(b)(2)(A) or (B).

**Pursuant to Local Bankruptcy Rule 1017–3(a), you are hereby notified that if this case was filed as deficient, it is subject to the United States Trustee's Standing Motion to Dismiss and/or the dismissal provisions of 11 U.S.C. § 521(i).**

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:  720–904–7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Kenneth S. Gardner |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  5/6/15 |

# EXPLANATIONS

FORM B9A_7cna (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within seven days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 14 days of the meeting. |

–– Refer to Other Side for Important Deadlines and Notices ––