UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 15-14896-EEB |
| MARK GREGORY LUKEHART, ) | |
| SSN: XXX-XX-9304, ) | Chapter 7 |
|   Debtor. ) | |

### AMENDMENT TO SCHEDULE H

The Debtor, Mark Lukehart, by and through his attorneys, Kutner Brinen Garber, P.C., hereby amends his Schedule H in the form of that attached hereto.

Dated: May 20, 2015

Respectfully submitted,

By: /s/ Lee M. Kutner

Lee M. Kutner, #10966
Keri L. Riley, #47605
**KUTNER BRINEN GARBER, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO  80264
Telephone:  (303) 832-2400
Facsimile:  (303) 832-1510
E-mail: klr@kutnerlaw.com

B6H (Official Form 6H) (12/07)

In re  **Mark Gregory Lukehart**  Case No. _____
_____,
Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ✗ David Baldwin<br>Baldwin Oilfiled Trucking, Inc.<br>1225 SE 19th St.<br>Oklahoma City, OK 73129 | ✗ Onyx Leasing Systems<br>C/O FlexiLease<br>145 State Route 35<br>Cliffwood, NJ 07721 |
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | SignaPay<br>c/o Jon-Bernard Schwartz<br>Renaissance Tower<br>1201 Elm Street, Suite 1700<br>Dallas, TX 75270 |
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | BancTek Solutions<br>1215 Delaware Street<br>Denver, CO 80204 |
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | Rapid Advance<br>7316 Wisconsin Avenue, Suite 350<br>Bethesda, MD 20814 |
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | Superior Capital<br>189 Towsend, Suite 303<br>Birmingham, MI 48009 |
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | BBVA Compass Bank Business<br>15 20th Street South<br>Birmingham, AL 35233 |
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | Onyx Leasing Systems<br>C/O FlexiLease<br>145 State Route 35<br>Cliffwood, NJ 07721 |
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | CenturyLink Business<br>Qwest Communications<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 |
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | Scott Lamont<br>c/o Shannon D. Simms<br>610 SW Alder Street, Suite 502<br>Portland, OR 97205 |
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | Perfekt Marketing<br>Thomas Kelly<br>3015 S 48th St.<br>Tempe, AZ 85282 |

**1** continuation sheets attached to Schedule of Codebtors

In re   **Mark Gregory Lukehart**            Case No. _____

Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| The Jakoby Law Firm<br>7401 Church Ranch Blvd, Suite 210<br>Broomfield, CO 80021 | Pennies to Paradise<br>Kurt Weigert<br>4580 Klahanie Dr SE Pmb 514<br>Issaquah, WA 98029 |
| Timothy Keating<br>3610 Blackstone Run<br>San Antonio, TX 78259 | Castle Pines North Metro District<br>5880 Country Club Drive<br>Castle Rock, CO 80108 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 20, 2015, I served by prepaid first class mail a copy of the **NOTICE OF CHAPTER 7 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

David Baldwin
Baldwin Oilfield Trucking, Inc.
1225 SE 19th Street
Oklahoma City, OK 73129

_____
Vicky Martina