UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-14896-EEB |
| MARK GREGORY LUKEHART, | ) | |
| SSN: XXX-XX-9304, | ) | Chapter 7 |
|   Debtor. | ) | |

## NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS AND/OR ADDITION OF CREDITOR

    You are hereby notified that the debtors have filed amended schedules of debt to include the creditor/party listed below or on the attachment.

**Creditor/Party: David Baldwin, c/o Baldwin Oilfield Trucking, Inc., 1225 SE 29th St, Oklahoma City, OK 73129**

1. Claim or Interest: **Business Debt, Unknown Amount**

2. This claim has been scheduled as (one box must be checked):
   [ ] secured - Schedule D;
   [ ] priority - Schedule E;
   **[XX] general unsecured - Schedule F;**
   [ ] executory contract or unexpired lease - Schedule G; or
   [ ] co-debtor - Schedule H.

    Trustee name and address, if one has been appointed: **Dennis W. King, Esq., PO Box 460609, Aurora, CO 80046-0609**

Dated: May 26, 2015

By: _s/ Keri L. Riley_
**Lee M. Kutner, #10966
Keri L. Riley, #47605
Kutner Brinen Garber, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO  80264
Telephone: (303) 832-2400
Fax: (303) 832-1510
E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned further certifies that on May 26, 2015, a copy of the **NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS AND/OR ADDITION OF CREDITOR** in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c), (if applicable), on the interested parties at the following addresses:

Dennis W. King, Esq.
PO Box 460609
Aurora, CO 80046-0609

*s/ Angela R. Upton*
Angela R. Upton

## CERTIFICATE OF SERVICE

The undersigned further certifies that on May 26, 2015, a copy of the **NOTICE OF MEETING OF CREDITORS** in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c), (if applicable), on the interested parties at the following addresses:

David Baldwin
c/o Baldwin Oilfield Trucking, Inc.
1225 SE 29th St
Oklahoma City, OK 73129

*s/ Angela R. Upton*
Angela R. Upton

B6F (Official Form 6F) (12/07)

In re **Mark Gregory Lukehart**, Debtor

Case No. __15-14896-EEB__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David Baldwin<br>c/o Baldwin Oilfield Trucking, Inc.<br>1225 SE 29th St<br>Oklahoma City, OK 73129 | - | | Business Debt | | | | Unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page): 0.00

Total (Report on Summary of Schedules): 0.00